Appeal dismissed on motion of counsel for the respective parties.

*Price, Price & Eyles,* for Appellants;

*McCaskill & McCaskill,* for Appellees.

---

L. C. Richmond, J. M. Key, N. M. Barney and J. A. Caple for themselves and on behalf of all other persons anywise interested, Appellants, v. Special Road and Bridge District Number Three of Dade County, Florida, and the State of Florida, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for the respective parties.

*Price, Price & Eyles,* for Appellants;

*McCaskill & McCaskill,* for Appellees.

---

Elzy Johns, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Criminal Court of Record within and for the County of Hillsborough.

Writ of Error dis missed on motion of counsel for plaintiff in error.

*Thomas Palmer,* for Plaintiff in Error;

No appearance for Defendant in Error.